CONSOLIDATED SAFETY PIN COMPANY, appellant,

*v.*

TOWN OF MONTCLAIR, IN THE COUNTY OF ESSEX, respondent.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Lum, Tamblyn & Colyer,* for the appellant.

*Mr. George R. Beach,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *102 N. J. Eq. 128.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.